THE STATE, Appellant, vs. DUFF, Respondent.

*October 6 — October 23, 1894.*

*Appeal: Review: Bill of exceptions.*

If, in an action tried by a jury, there is no bill of exceptions containing all the evidence, the only question on appeal is whether the verdict and judgment are supported by the pleadings.

APPEAL from the Circuit Court for *Waukesha* County.

Action to recover the penalty for failure to remove an encroachment upon a public highway. The appeal is from a judgment entered upon a verdict directed by the court in favor of the defendant.

For the appellant the cause was submitted on the brief of *C. E. Armin.*

For the respondent there was a brief by *Ryan & Merton,* and oral argument by *E. Merton.*

ORTON, C. J. The facts of this case are sufficiently stated on the former appeal, in 80 Wis. 13. The only question on this appeal is whether the defendant held the *locus in quo* by adverse possession. This question depends upon the evidence and the whole evidence in the case. We have looked into the two bills of exceptions to find where the trial judge has certified that either of them contains all the evidence. This seems to have been omitted. In such case the only question is whether the verdict and judgment are supported by the pleadings, and this appears to be the case. We regret that this case cannot be fully considered, but it cannot now be remedied.

*By the Court.*— The judgment of the circuit court is affirmed.